Opinion issued July 7, 2015



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00157-CV

_____

**MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON, CAROL PETERSON, AND LONNY PETERSON, Appellants**

**V.**

**CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING, INC., D/B/A SILVERADO SENIOR LIVING-SUGAR LAND, Appellees**

---

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Case No. 427,208**

---

## MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss this appeal. No

opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the

appeal. *See* TEX. R. APP. P.  42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.